# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BATTERY SOLUTIONS, LLC, and
P4C GLOBAL, LLC,

    Plaintiffs,   Case No. 19-11271

v.   Hon. Marianne O. Battani

PULSE SUPPLY CHAIN SOLUTIONS, INC.,
ANWER JADHAVJI, and ASIF JADHAVJI,

    Defendants.

_____/

## ORDER GRANTING
## DEFENDANTS' MOTION TO DISMISS

In the present motion, Defendants seek the dismissal of this suit under Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction.  Defendants' motion has been fully briefed by the parties, and the Court heard oral argument on this motion on August 22, 2019.  For the reasons stated on the record at the August 22 hearing,

IT IS HEREBY ORDERED that Defendants' May 8, 2019 motion to dismiss for lack of personal jurisdiction (Dkt. 2) is **GRANTED**, and that this case is **DISMISSED** without prejudice for lack of personal jurisdiction over the out-of-state Defendants.

    **IT IS SO ORDERED.**

Date:   August 29, 2019   s/Marianne O. Battani
                                                                  MARIANNE O. BATTANI
                                                                  United States District Judge